**Order entered March 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00101-CV**

**THE CARDIO GROUP, LLC, CARDIOLOGY INSTITUTE OF AMERICA LLC, AND CARDIOCLOUD, LLC, Appellants**

**V.**

**JACOB B. KRING AND HEDRICK KRING, PLLC, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14540**

**ORDER**

Before the Court is appellants' March 25, 2022 unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 18, 2022.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE